# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 15 |
| POINT INVESTMENTS, LTD., | ) | Bankruptcy Case No. 22-10261-TMH |
| | ) | Bankr. BAP No. 23-00031/23-00032 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| FTI GP I, LTD., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-630-CFC |
| | ) | Civil Action No. 23-631-CFC |
| POINT INVESTMENTS, LTD., | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## **ORDER**

At Wilmington, Delaware, this **12th** day of **July, 2023**.

WHEREAS, pursuant to Section 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated September 11, 2012, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 2(b)(ii) of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

1

an order withdrawing the matter from mediation and set the following appellate briefing schedule (agreed to by the parties):

| | |
|---|---|
| Appellant's Opening Brief: | August 23, 2023 |
| Appellee's Response Brief: | October 4, 2023 |
| Appellant's Reply Brief: | October 26, 2023 |

The parties should separately address any request for consolidation of the cases to the assigned District Judge.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE