IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: <br> POINT INVESTMENTS, LTD., <br><br> Debtor. | ) <br> ) <br> ) <br> ) <br> ) | Chapter 15 <br> Bk. No. 22-10261-TMH <br> BK. BAP No. 23-31/23-32 |
| FTI GP I, LTD., <br><br> Appellant, <br><br> v. <br><br> POINT INVESTMENTS, LTD., <br><br> Appellee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 23-630-CFC |
| FTI GP I, LTD., <br><br> Appellant, <br><br> v. <br><br> POINT INVESTMENTS, LTD., <br><br> Appellee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 23-631-CFC |

**ORDER**

At Wilmington this /3th day of July 2023, having received a recommendation from Magistrate Judge Christopher J. Burke that these cases be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **August 23, 2023.**

2. Appellee's brief in opposition to the appeal is due on or before **October 4, 2023.**

3. Appellant's reply brief is due on or before **October 26, 2023.**

_____
Chief Judge